UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ADELE HARTINGER,

    Plaintiff,

v.                                              Case No.  6:13-cv-1775-Orl-36TBS

21ST CENTURY CENTENNIAL
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

This case comes before the Court on Plaintiff's Motion to Remand (Doc. 11). The motion is procedurally deficient because it fails to comply with M.D. Fla. Rule 3.01(g).  See, Martin v. City of Daytona Beach, No. 6:08-cv-1839-Orl-31DAB, 2008 WL 4938347 *1 (M.D. Fla.); Faucett v. Busch Entertainment Corp., No. 8:07-cv-1860-T-30TGW, 2007 WL 3047135 *1 (M.D. Fla.).  Accordingly, the motion is DENIED without prejudice.

DONE AND ORDERED in Orlando, Florida, on December 17, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel